1
2
3
4
5

Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
    1990 N. California Blvd.  Suite 20
    Walnut Creek, CA 94596
    Tel: (925) 222-7071
    Fax: (925) 522-5306
    Email: francesco@benavidesdisabilitylaw.com

6
7

Attorney for Plaintiff
GERVARGEZ SARISHAMSHAJIAN

8

9

10

11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

12
13

14

15

16

17

18

19

GERVARGEZ
SARISHAMSHAJIAN,

        Plaintiff,

        v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

        Defendant.

Case No. 1:22-cv-00499-SKO

STIPULATION AND UNOPPOSED
MOTION FOR THE AWARD AND
PAYMENT OF ATTORNEY FEES AND
EXPENSES PURSUANT TO THE
EQUAL ACCESS TO JUSTICE ACT;
ORDER

(Doc. 18)

20

21

22

23

24

25

26

27

28

        IT IS HEREBY STIPULATED by and between the parties through their

undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded

attorney fees and expenses in the amount of $6,146.98, under the Equal Access to

Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. This

amount represents compensation for all legal services rendered on behalf of Plaintiff by

counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 2412(d),

1920.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Plaintiff's counsel, Francesco Benavides, pursuant to the assignment executed by Plaintiff.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Francesco Benavides, including the Law Offices of Francesco Benavides, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Francesco Benavides to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.


                                        Respectfully submitted,


Dated: September 25, 2023          Law Offices of Francesco Benavides

                              By:   */s/ Francesco Benavides*
                                    FRANCESCO P. BENAVIDES
                                    Attorney for Plaintiff

1
2
3
4     Dated: September 25, 2023          PHILLIP A. TALBERT
                                         United States Attorney
5                                        MATTHEW W. PILE
                                         Associate General Counsel
6                                        Social Security Administration
7
                                    By:  *Zachary Berkoff*
8                                        ZACHARY BERKOFF
                                         Special Assistant U.S. Attorney
9                                        Attorneys for Defendant
                                         (*Permission to use electronic signature
10                                        obtained via email on September 25, 2023).
11
12                                       **ORDER**
13
14          Based upon the parties' Stipulation and Unopposed Motion for the Award and
15    Payment of Equal Access to Justice Act Fees and Expenses (Doc. 18), **IT IS ORDERED**
16    that fees and expenses in the amount of $6,146.98 as authorized by 28 U.S.C. § 2412,
17
18    and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.
19
20    IT IS SO ORDERED.
21
22    Dated:   **September 26, 2023**                   /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28